# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BRIAN GARDNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:14-CV-00085-SNLJ |
| | ) | |
| STE. GENEVIEVE COUNTY JAIL, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of petitioner's pro se petition for release from confinement [Doc. #1].   Petitioner appears to be a pre-trial detainee, presently confined at the Ste. Genevieve Detention Center.   The Court notes that the petition is defective, because it has not been drafted on a Court-provided form, *see* Local Rule 2.06(A), and because petitioner has neither paid the $5 filing fee nor submitted a motion to proceed in forma pauperis.   Because petitioner is proceeding *pro se*, the Court will afford him the opportunity to cure these defects, as set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner the court-provided form for filing a "Petition for a Writ of Habeas Corpus

under 28 U.S.C. § 2241" (Form AO-0242).   Petitioner shall complete this form in its entirety and return it to the Court within thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk shall forward to petitioner the court-provided form for filing a motion to proceed in forma pauperis in habeas corpus cases.   Petitioner shall either pay the $5 filing fee or complete this form in its entirety and return it to the Court within thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court will dismiss this action, without prejudice and without further notice to him.

Dated this <u>20th</u>  day of June, 2014.

                            _____

                            **UNITED STATES DISTRICT JUDGE**